IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-76-FL

| | | |
|---|---|---|
| HOMETOWN PUBLISHING, LLC, a New Jersey limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ENTRY OF DEFAULT |
| KIDSVILLE NEWS! INC., a North Carolina corporation, | ) ) ) ) | |
| Defendant. | ) | |

On January 5, 2015, the Court ordered Defendant to file and serve a pleading responsive to the Complaint by February 12, 2105, to have counsel appear on its behalf. The Court's deadline has passed without Defendant filing a responsive pleading or having counsel file a notice of appearance to act as Defendant's lead counsel, subject to Rule 11 certification.

NOW, THEREFORE, and upon motion of Plaintiff, and for good cause shown, default is hereby entered against Defendant as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

SO ORDERED, this the 4th day of May, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge