# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 5:14-CV00076-FL

| | |
|---|---|
| HOMETOWN PUBLISHING, LLC, a New Jersey limited liability company, | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| KIDSVILLE NEWS! INC., a North Carolina corporation, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER AND JUDGMENT

**THIS MATTER IS BEFORE THE COURT** on the motion of the Plaintiff Hometown Publishing, LLC for default judgment, pursuant to Fed. R. Civ. P. 55(b)(2). Having considered Plaintiff's motion, memorandum of law, the supporting affidavit of Philip Tumminia, and the pleadings and other filings in this case, the Court, for good cause shown, finds that the Plaintiff's motion should be **GRANTED**.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Default Judgment is **GRANTED**, and **DEFAULT JUDGMENT** is hereby entered in favor of Plaintiff.

```
Plaintiff is awarded the sum of $117,379.00 with interest at the
legal rate from and after entry of judgment until paid in full.
```

SO ORDERED, this the 30th day of June, 2015

                                                LOUISE WOOD FLANAGAN
                                                United States District Judge