UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HOMETOWN PUBLISHING, LLC, )
a New Jersey limited liability company, )
)
                    Plaintiff, )
) **JUDGMENT**
v. )
) No. 5:14-CV-76-FL
KIDSVILLE NEWS!, INC., )
a North Carolina corporation, )
)
                    Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 19, 2016, for the reasons set forth more specifically therein, that judgment in favor of the plaintiff in the amount of $352,137.00 is hereby entered.

**This Judgment Filed and Entered on January 19, 2016, and Copies To:**
Mario L. Herman (via CM/ECF Notice of Electronic Filing)
Joshua M. Hiller (via CM/ECF Notice of Electronic Filing)
Kidsville News!, Inc. (via U.S. Mail) 727 McGilvary Street, Fayetteville, NC 28301

January 19, 2016                   JULIE RICHARDS JOHNSTON, CLERK
                                           /s/ Christa N. Baker
                                           (By) Christa N. Baker, Deputy Clerk